# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

1:16-cv-1181
Janet T. Neff
U.S. District Judge
Ellen S. Carmody
U.S. Magistrate Judge

Norman A. Bird

FILED - KZ
September 26, 2016 3:43 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_  Scanned by EAS/ 9/26

Plaintiff(s),

Case No.
Honorable

V

Dr. Amy Poholski   E.T. AL   1005 Green St Hasting MI. 49058

Defendant(s).

#1). Dr. Amy Poholski

#2). Dr. John Head

#3). Barry Community Mental Health

#4). Mercy Ambulance

#5). Barry County Sheriffs Department

#6). Officer R.L. Frazer

#7). Officer S.T. Ware

Complaint:

#1). Wrongfull Arrest,

#2). Incarcerated in Mental Hospital without any Court Order. Gave

#3). Gave antipsychotic drugs which totally demobilized, Can not even work any more.

#4). Dr. at Pennock Hospital diagnosed with Paranoid Schitzophrenic + Bi-Polar. She is Just A medical Doctor, Not Psychiatrist

#5). Never has had any history of any Mental disorder and they have no records to back up their theory.

#6). I Demand a jury trial.

#7). I am seeking relief of 250,000,000.00 dollars.

Signature *Norman A Bird*

Norman A. Bird
1200 Iroquois trail
Hastings, Michigan 49058
276-728-8439